IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

HEZIKIAH LEWIS, III,                                  *

          Plaintiff,                               *

v.                                                          Case No.  7:25-cv-204 (WLS-ALS)

                                    *

LOWNDES COUNTY, GEORGIA, et al.,

                                    *

         Defendants.

                                    *

## **J U D G M E N T**

Pursuant to this Court's Order dated 6/25/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

   This 25th day of June, 2026.

                            David W. Bunt, Clerk

                            s/ Katie Logsdon, Deputy Clerk